IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00706-MEH

SCOTT ALAN STICKLINE,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on April 26, 2016, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn Colvin and against Plaintiff, Scott Alan Stickline. It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this 26th day of April, 2016.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/S. Libid
                S. Libid, Deputy Clerk